| Fill in this information to identify the case: |
|---|
| Debtor name: **Choice Clinical Lab, L.L.C.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): 20-42307-elm11 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Beckman Coulter  250 South Kraemer Blvd.  PO Box 8000  Brea, CA 92822 | | Medical Supplies | | | | $253,461.32 |
| 2 | St. David's Healthcare Partnership LP  c/o Shannon, Martin  1001 McKinney St., Ste 1100  Houston, TX 77002 | John C. Dunne, Esq.  713-646-5500 | Lawsuit (Services Performed) | | | | $225,231.06 |
| 3 | Laboratory Corp of America  PO Box 12140  Burlington, NC 27216 | | Services Performed | | | | $225,104.21 |
| 4 | Mantis Funding LLC  c/o Jeffrey Zachter, Esq.  30 Wall St., 8th Floor  New York, NY 10005 | 646-779-3294  Fax: 646-779-3296 | Cash Advance | | | | $147,035.00 |
| 5 | Fox Capital Group Inc.  c/o Jeffrey Zachter, Esq.  30 Wall St., 8th Floor  New York, NY 10005 | 646-779-3294  Fax: 646-779-3296 | Cash Advance | | | | $128,703.27 |

Debtor     **Choice Clinical Lab, L.L.C.**            Case number (if known) **20-42307-elm11**
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Spirit of Texas Bank<br>PO Box FB<br>College Station, TX 77841 | | Loan | | | | $115,961.12 |
| 7 | Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747 | | Medical Supplies | | | | $100,010.94 |
| 8 | Everest Business Funding<br>8200 NW 52nd Ter., 2nd Floor<br>Doral, FL 33166 | Tia Forbes<br>786-654-3832<br>tia.forbes@everestbusinessfunding.com | Cash Advance | | | | $69,600.00 |
| 9 | Recovery Centers of America<br>2701 Renaissance Blvd., 4th Floor<br>King of Prussia, PA 19406 | | Medical Supplies | | | | $45,557.75 |
| 10 | Fischer Scientific<br>c/o Commercial Collectors<br>PO Box 337<br>Montrose, MN 55363 | Ken Fisk<br>763-453-7401<br>kfisk@commercialcollectors.com | Medical Supplies | | | | $18,839.00 |
| 11 | Quest Diagnostix<br>c/o Neil J. Orleans, Esq.<br>Ross & Smith PC<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201 | 214-758-7306<br>neil.orleans@judithwross.com | Medical Supplies | | | | $17,475.00 |
| 12 | ABB WS, LLC<br>c/o Brandi J. Croffie<br>Hoover Slovacek LLP<br>5051 Westheimer, Suite 1200<br>Houston, TX 77056 | | Lawsuit | Unliquidated<br>Disputed | | | $0.00 |

| Fill in this information to identify the case and this filing: |
|---|

| Debtor Name | **Choice Clinical Lab, L.L.C.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-42307-elm11** |

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7 / 10 / 20     X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Daniel Kandhorov**
Printed name

**Managing Member** of Greenleaves Diagnostic Laboratories LLC, as Member of Debtor
Position or relationship to debtor