Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| CHOICE CLINICAL LAB, L.L.C., | ) | Case No. 20-42307-elm11 |
| | ) | |
| GREENLEAVES DIAGNOSTIC | ) | |
| LABORATORIES LLC, | ) | Case No. 20-42308-elm11 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Order to Show Cause Regarding the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333* [Docket No. 8] and Specific Information of Debtors' Laboratories providing identifying information regarding each Debtor, attached hereto as **Exhibit A**, was served on the following parties via the method of service as indicated on July 15, 2020.

| Party | Method of Service |
|---|---|
| Texas Department of State Health Services<br>1100 West 49th Street<br>Austin, TX 78756-3199 | Federal Express |
| Texas Department of State Health Services<br>P. O. Box 149347<br>Austin, TX 78714-9347 | First Class Mail |

1

| **Party** | **Method of Service** |
|---|---|
| Office of General Counsel<br>1100 West 49th Street<br>Austin, Texas 78756-3199 | Fax: 512-776-7751 and<br>Email: generalcounsel@dshs.texas.gov |
| Texas Attorney General<br>Managing Attorney, Bankruptcy Regulatory Section<br>P. O. Box 12548, MC 008<br>Austin, TX 78711 | First Class Mail |

Dated: July 15, 2020.

Respectfully submitted,

/s/ Lynda L. Lankford
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

L:\JPROSTOK\Greenleaves (SubChapter V) #\Pleadings\COS - Order to Show Cause (Ombudsman) 7.15.20.docx

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | |
| CHOICE CLINICAL LABS, L.L.C., ) | Case No. 20-42307-elm11 |
| ) | |
| GREENLEAVES DIAGNOSTIC ) | Case No. 20-42308-elm11 |
| LABORATORIES LLC, ) | |
| ) | (Motion for Joint Administration Pending) |
| Debtors. ) | |

**SPECIFIC INFORMATION OF DEBTORS' LABORATORIES**

1. **Choice Clinical Lab, L.L.C.'s specific information:**

    A. License numbers or other regulatory identification numbers:

    Tax ID # 27-5038648

    NPI # 1881977866

    B. DBAs or trade numbers under which the Debtor operates.

    f/k/a Dallas Diagnostic Laboratory, L.L.C.

    C. Debtor's location:

    4681 College Park Dr.
    Round Rock, TX 78665

    12000 Ford Rd., Suite 150
    Farmers Branch, TX 75234

    1603 Babcock Rd., Suite 102
    San Antonio, TX 78229

    202 N. Texas Ave., Suite 150
    Webster, TX 77598

2. **Greenleaves Diagnostic Laboratories LLC's specific information:**

   A. License numbers or other regulatory identification numbers:

      Tax ID # 84-3441164

      NPI # 1881977866

   B. DBAs or trade numbers under which the Debtor operates.

      d/b/a Choice Clinical Lab, L.L.C.

   C. Debtor's location:

      4681 College Park Dr.
      Round Rock, TX 78665

      12000 Ford Rd., Suite 150
      Farmers Branch, TX 75234

      1603 Babcock Rd., Suite 102
      San Antonio, TX 78229

      202 N. Texas Ave., Suite 150
      Webster, TX 77598



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 13, 2020**

United States Bankruptcy Judge

---

BTXN 193 (rev. 08/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: § 
Choice Clinical Lab, L.L.C. § Case No.: 20−42307−elm11
 § Chapter No.: 11
 Debtor(s) §

**ORDER TO SHOW CAUSE REGARDING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

Pursuant to 11 U.S.C. § 333(a)(1), the Court shall order the appointment of a patient care ombudsman within thirty (30) days after the commencement of the case, unless the Court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case. The Court hereby sets a hearing on **August 3, 2020 @ 9:30 a.m.** to determine the issue of whether or not a patient care ombudsman shall be appointed in this case.

Within three (3) days of the entry of this Order, the Debtor shall serve notice via both Overnight Courier and facsimile/e−mail to the governmental regulatory authority, which regulates the Debtor's business.

In order to provide the governmental regulatory authority the ability to readily identify the Debtor's files, the Debtor SHALL furnish the following information to the governmental regulatory authority at the time of service of this Order:

   A. All license numbers or other regulatory identification numbers;
   B. All DBAs or trade names under which the Debtor operates;
   C. And the location of all of the Debtor's operating facilities, including street and P.O. Box addresses.

− continued−

A courtesy copy of this Order and the information set out above shall also be sent to the Office of the Texas Attorney General (attention: Managing Attorney, Bankruptcy Regulatory Section, P.O. Box 12548, MC 008, Austin Texas 78711), but such service on the Texas Attorney General shall not constitute service on the governmental regulatory agency unless or until the Office of the Attorney General has filed a formal entry of appearance on behalf of the regulatory agency.

The Debtor shall file a certificate of service within three business days after service certifying the manner in which service of this Order was accomplished.

# # # End of Order # # #



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 13, 2020**

**United States Bankruptcy Judge**

---

BTXN 193 (rev. 08/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  §
Greenleaves Diagnostic Laboratories LLC  §  Case No.:  20−42308−elm11
  §  Chapter No.:  11
Debtor(s)  §

**ORDER TO SHOW CAUSE REGARDING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

Pursuant to 11 U.S.C. § 333(a)(1), the Court shall order the appointment of a patient care ombudsman within thirty (30) days after the commencement of the case, unless the Court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case. The Court hereby sets a hearing on **August 3, 2020 @ 9:30 a.m.** to determine the issue of whether or not a patient care ombudsman shall be appointed in this case.

Within three (3) days of the entry of this Order, the Debtor shall serve notice via both Overnight Courier and facsimile/e−mail to the governmental regulatory authority, which regulates the Debtor's business.

In order to provide the governmental regulatory authority the ability to readily identify the Debtor's files, the Debtor SHALL furnish the following information to the governmental regulatory authority at the time of service of this Order:

  A. All license numbers or other regulatory identification numbers;
  B. All DBAs or trade names under which the Debtor operates;
  C. And the location of all of the Debtor's operating facilities, including street and P.O. Box addresses.

− continued−

A courtesy copy of this Order and the information set out above shall also be sent to the Office of the Texas Attorney General (attention: Managing Attorney, Bankruptcy Regulatory Section, P.O. Box 12548, MC 008, Austin Texas 78711), but such service on the Texas Attorney General shall not constitute service on the governmental regulatory agency unless or until the Office of the Attorney General has filed a formal entry of appearance on behalf of the regulatory agency.

The Debtor shall file a certificate of service within three business days after service certifying the manner in which service of this Order was accomplished.

# # # End of Order # # #