Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| CHOICE CLINICAL LABS, L.L.C., | ) | Case No. 20-42307-elm11 |
| | ) | |
| GREENLEAVES DIAGNOSTIC | ) | Case No. 20-42308-elm11 |
| LABORATORIES LLC, | ) | (Motion for Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

### DEBTOR'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH
### FIRST DAY HEARINGS SET FOR JULY 16 2020

Choice Clinical Labs, L.L.C. ("Choice") and Greenleaves Diagnostic Laboratories LLC ("Greenleaves, and together with Choice, the "Debtors"), as debtors-in-possession file this Witness and Exhibit List in connection with first-day hearings scheduled for **July 16, 2020 at 9:30 a.m.**

### WITNESSES

1. Daniel Kandhorov

2. Stan Gutgarts

3. Any witness designated or called by any other party.

**EXHIBITS**

| | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Declaration of Daniel Kandhorov in Support of First Day Pleadings | | | |
| 2. | Financial Statements included with Petitions | | | |
| 3. | Cash Collateral Budget | | | |
| 4. | Summary of Listed Creditors and UCC-1 Financing Statements | | | |
| 5. | Notice of Proposed Orders | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Dated:  July 15, 2020.                          Respectfully submitted,

/s/ *Lynda L. Lankford*
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document (with all exhibits) was served via ECF electronic notice on the parties requesting notice in these cases on July 15, 2020.

/s/ *Lynda L. Lankford*
Lynda L. Lankford

L:\JPROSTOK\Greenleaves (SubChapter V) #\Pleadings\Witness & Exhibit List First Days 7.14.20.docx