BTXN 208 (rev. 07/09)

IN RE: Choice Clinical Lab, L.L.C.                    First Day Motions [16]              Case # 20–42307–elm11

DEBTOR                                                **TYPE OF HEARING**

Choice Clinical Lab, LLC                                       *VS*

**PLAINTIFF / MOVANT**                                                        **DEFENDANT / RESPONDENT**

Lynda Lankford

**ATTORNEY**                                                                      **ATTORNEY**

**<u>EXHIBITS</u>**

Debtor Exhibits 1–5 admitted; see Dkt. 25 for further information

Melissa Hurtado                         07/16/2020                        Edward L. Morris

REPORTED BY                             HEARING                         JUDGE PRESIDING
                                        DATE